# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

February 3, 2021

**VIA ECF**

Hon. Judge Nathan

United States District Judge

Southern District of New York

40 Centre Street

New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021

Re: Paguada v. Birthday In A Box, LLC

Case No. 1:20-cv-08261-AJN

Dear Judge Nathan,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for February 12, 2021. Defendant was served on October 14, 2020 and has yet to appear. It is now February 3, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the February 12th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

Thank you for your time and consideration of the above request.

SO ORDERED.

*/s/ Alison J. Nathan*

2/3/2021

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

