```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josue Paguada,

        Plaintiff,

–v–

Birthday in a Box, LLC,

        Defendant.

20-CV-8261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court ordered Plaintiff to file an affidavit of service of its May 25, 2021 order by June 2, 2021. As of the date of this order, the Court has not received that affidavit of service. The Court hereby ORDERS Plaintiff to comply with its May 25, 2021 order by June 9, 2021.

    Plaintiff is on notice that failure to do so by this date may result in his claim being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

    SO ORDERED.

Dated: June 4, 2021
       New York, New York

                                                  ALISON J. NATHAN
                                            United States District Judge